AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

FILED
JUL 18 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Miss Dr. Ellery Lablane center Sr. the first
_Petitioner_

v.

all those claim to have custody of ellery lablane center
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. SA23CA0897XR
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Miss Dr. Ellery Lablane center Sr. the first
   (b) Other names you have used: Ellery Lablane Center / Ellery Loslunc / Canter

2. Place of confinement:
   (a) Name of institution: San Antonio State Hospital
   (b) Address: 6711 S. New Braunfels, Bldg J-6, Crockett Hall, Dorm E 149-573, 78223
   (c) Your identification number: 000335054 u01115523

3. Are you currently being held on orders by:
   ☐ Federal authorities    ☐ State authorities    ☒ Other - explain:
   UNKNOWN

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: UNKNOWN
   (b) Docket number of criminal case: all docket numbers known
   (c) Date of sentencing: So far 2021, 9.4.22, 10.30
   ☐ Being held on an immigration charge
   ☒ Other (explain): all selected is self self-explanatory

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☒ Pretrial detention

   ☐ Immigration detention

   ☒ Detainer

   ☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☒ Disciplinary proceedings

   ☐ Other (explain): _all selected_

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: __UNKNOWN__

   (b) Docket number, case number, or opinion number: __9021 CR9495, N/A all known__

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   __all previously selected above__

   (d) Date of the decision or action: __2021, 9, 4, 22, 10, 30__

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes        ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: __U.S.D.C West - Southern__

   (2) Date of filing: __unknown__
   (3) Docket number, case number, or opinion number: __"__
   (4) Result: __"__
   (5) Date of result: __"__
   (6) Issues raised: __"__

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(b) If you answered "No," explain why you did not appeal: _____
_____
_____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _U.S.D.C. West - Southern_
       
       (2) Date of filing: _UNKNOWN_
       (3) Docket number, case number, or opinion number: _"_
       (4) Result: _"_
       (5) Date of result: _"_
       (6) Issues raised: _"_

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a second appeal: _____
_____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☒ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _U.S.D.C. West-Southern_
       
       (2) Date of filing: _UNKNOWN_
       (3) Docket number, case number, or opinion number: _"_
       (4) Result: _"_
       (5) Date of result: _"_
       (6) Issues raised: _"_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☒ Yes          ☐ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes          ☒ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes          ☐ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Stopping incoming out going mail by those of my prisons location 1011 S Main Bramfels, 78005 and 200 N. Comal 78207. I am not Receiving anything according to my elling lablom center @ all

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
  ☐ Yes    ☐ No
  If "Yes," provide:
  (1) Date of filing: _____
  (2) Case number: _____
  (3) Result: _____
  (4) Date of result: _____
  (5) Issues raised: _____

  N/A

(d) Did you appeal the decision to the United States Court of Appeals?
  ☐ Yes    ☐ No
  If "Yes," provide:
  (1) Name of court: _____
  (2) Date of filing: _____
  (3) Case number: _____

  N/A

Page 6 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

  (4) Result: _N/A_
  (5) Date of result: _____
  (6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes     ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _all previously submitted as listed_
(b) Name of the authority, agency, or court: _Bexar County Court, 101 W. Nueva St._
  _ste — as previously submitted_
(c) Date of filing: _as previously submitted as listed_
(d) Docket number, case number, or opinion number: _all docket #'s documented_
(e) Result: _none_
(f) Date of result: _"_
(g) Issues raised: _all selected above. Full denial of amend-_
_ment 1 as a criminal omission_

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** _As initial Def.# of written statement_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
As written statement

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☐ No

GROUND TWO: As acts/omiss of Def #1 of written statement

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
As written statement

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

GROUND THREE: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.):* N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: I need to go home. I am new to recieve my mail, if any lostone confs, directly delivered to me—not—any shingle from the damion post office. I need any delivery confs to go if any lostone confs to be deliverd directly to me no matter where the pick.. I need these same conditions for my family and dependents, this includes my friends, for better securities. I need a post also need my mail picked up for delivery as well

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 23.4.9.28.9.48         UCC1-308
                             Signature of Petitioner

                             _____
                             Signature of Attorney or other authorized person, if any